# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Billy Lambert, et al.

                              Plaintiff

v.                                              Case No.: 4:07–cv–02480
                                                Judge Lynn N. Hughes

City Of Houston

                              Defendant

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Stephen Smith

**PLACE:**
Courtroom 702
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/25/09

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Contempt – #25
Motion for Sanctions – #25

Date:   June 15, 2009

                                                Michael N. Milby, Clerk