| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| Billy Lambert, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-07-2480 |
| City of Houston, | § § § | |
| Defendant. | § | |

# Final Judgment

The plaintiffs take nothing from the City of Houston.

Signed on May 26, 2010, at Houston, Texas.

　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge