IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 10-20440

BILLY LAMBERT; ROBERT JEFFERSON BOWEN; FRANK R. CUCINA; TIMOTHY J. BURKE; ALBERTO CANAMAR; ET AL,

    Plaintiffs - Appellants

v.

CITY OF HOUSTON,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of 18th day of November, 2010, for want of prosecution. The appellants failed to timely file their appellants' brief and record excerpts.

    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    *Sabrina B. Short*
    By: _____
    Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By *Sabrina B. Short*
    Deputy
New Orleans, Louisiana NOV 1 8 2010

LR42- DIS2

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 18, 2010

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Avenue  
Room 5300  
Houston, TX 77002

NOV 23 2010

David J. B........

No. 10-20440, Billy Lambert, et al v. City of Houston  
USDC No. 4:07-CV-2480

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Sabrina B. Short  
Sabrina B. Short, Deputy Clerk  
504-310-7817

cc w/encl:  
    Mr. Kristopher Ahn  
    Mr. Timothy James Higley  
    Ms. Tanja L. D. Hunter

MDT-1